IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA LIZETH FONSECA )<br>    Plaintiff(s), )<br>)<br>Vs. )<br>)<br>ANTONY BLINKEN, )<br>SECRETARY OF THE UNITED )<br>STATES )<br>    Defendant(s), )<br>) | CASE NO: 24-CV-0421-DMS-AHG |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Local Rules of the United States District Court for the Southern District of California, I Felipe DJ Millan, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Bianca Lizeth Fonseca in this matter. In support of this Motion I submit the following as required:

    **(a)** My full name is Felipe De Jesus Millan

    **(b)** My address is 1147 Montana Ave, El Paso, Texas, 79902; My phone number is (915) 566-9977; and my fax number is (915) 562-6837; and my e-mail is fmillan@felipemillan.com.

    **(c)** I am a sole practitioner engaged in the practice of Federal Immigration Law for the past 30 years;

    **(d)** I have not had an application for admission to practice before another court denied;

**(e)** I have not been disciplined by a court or bar association or committee thereof that would reflect unfavorably upon my conduct, competency, or fitness as a member of the bar;

**(f)** I attended Williams College and graduated in 1989, I then attended law school at University of New Mexico in Albuquerque and graduated in 1992;

**(g)** I am a member of the state bar of New Mexico (Bar No. NM-7220) and the state bar of Texas (Bar No. TX-00788791).

**(h)** I am board certified by the state of Texas in Immigration Nationality Law and I have been so since 2002. In addition, I have been admitted to practice in the following Federal Courts:

  **(i)** Fifth Circuit Court of Appeals

  **(ii)** Ninth Circuit Court of Appeals

  **(iii)** Tenth Circuit Court of Appeals

  **(iv)** Eleventh Circuit Court of Appeals

**(i)** I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar;

**(j)** I do nor reside in the Southern District of California. I am not regularly employed in the Southern District of California and I am not regularly engaged in the practice of the law in the Southern District of California.

**(k)** As per the Local Rules, Local counsel will be Jonathan D. Montag, Law Office of Jonathan D. Montag, PO BOX 124801. San Diego, CA 92112;

**(l)** I have read and will comply with all the Local Rules of the Southern District of California;

**(m)** I understand that I am being admitted for the limited purpose of appearing in the case specified above only.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted to practice *pro hac vice* to the Bar of the Court to appear in the instant matter.

Respectfully submitted,

  */s/ Felipe DJ Millan*
**FELIPE D.J. MILLAN**
Texas Bar No. 00788791
New Mexico Bar. No. 7220
1147 Montana Ave.
El Paso, Texas 79902
Telephone (915) 566-9977
Facsimile (915) 562-6837
Email: fmillan@felipemillan.com
**ATTORNEY FOR DEFENDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA LIZETH FONSECA )<br>    Plaintiff(s),      )<br>                          )<br>Vs.                       )<br>                          )<br>ANTONY BLINKEN,           )<br>SECRETARY OF THE UNITED   )<br>STATES                    )<br>    Defendant(s),     )<br>                          ) | **CASE NO: 24-CV-0421-DMS-AHG** |

## ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE

On _____, 2024, the Court considered FELIPE DJ MILLAN's application to appear pro hac vice. After considering the application, the Court:

**GRANTS** FELIPE DJ MILLAN's application to appear pro hac vice and **ORDERS** that FELIPE DJ MILLAN shall be allowed to appear pro hac vice until the conclusion of this case

SIGNED _____, 2024.

_____
U.S. DISTRICT JUDGE