UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA LIZETH FONSECA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, Secretary of State of the United States,<br><br>　　　　　　　　　　　Defendant. | Case No.:  3:24-cv-00421-DMS-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　IT IS ORDERED that a counsel-only[1] Case Management Conference ("CMC") will be held on **August 30, 2024** at **3:00 p.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. The Court issues the following **Mandatory Procedures** to be followed in preparation for the CMC:

---

[1] Clients are welcome, but are not required to attend.

1. The parties must file a Joint Case Management Statement by **August 23, 2024**. The Joint Case Management Statement must address all applicable points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

   A. The Court is cognizant that parties in similar cases sometimes stipulate that discovery should not be conducted. However, parties may also disagree about whether discovery should be permitted. Thus, the parties shall note in their Joint Case Management Statement whether any stipulation has been reached regarding discovery, and the parties shall accordingly address all applicable points in their Joint Case Management Statement.

   B. In addition to the points listed in the Court's Requirements, the parties should also include a section regarding their positions on whether an Early Neutral Evaluation Conference (i.e., early settlement conference) should be scheduled during the CMC.

2. Principal attorney(s) responsible for the litigation must attend the CMC via videoconference. To facilitate the videoconference, the Court hereby orders as follows:

   A. The Court will use its official Zoom video conferencing account to hold the CMC. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2] Joining a Zoom conference does not require

---

[2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the CMC.[3] There is a cost-free option for creating a Zoom account.

B. Prior to the start of the CMC, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

C. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the CMC to ensure that the conference begins promptly at 3:00 p.m.

E. No later than **August 23, 2024**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

   i. The **name and title of each participant**;

   ii. An **e-mail address for each participant** to receive the Zoom videoconference invitation;

---

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

    iii. A **telephone number where each participant** may be reached; and

    iv. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the CMC to alert counsel via text message that the Court will soon return to that party's Breakout Room, in case the Court decides to use Breakout Rooms during the CMC.

  F. All participants shall display the same level of professionalism during the CMC and be prepared to devote their full attention to the CMC as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

  G. Counsel are advised that although the CMC will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: August 12, 2024

                _____
                Honorable Allison H. Goddard
                United States Magistrate Judge